AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 26-MJ-15 | Date and time warrant executed: 2/6/2026 AP APPROX. 6:50pm | Copy of warrant and inventory left with: MICHAEL BEZAK |
|---|---|---|

Inventory made in the presence of: MAVCTF MEMBERS

Inventory of the property taken and name(s) of any person(s) seized:

- ONE (1) IPHONE

# Certification

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/17/2026

*Executing officer's signature*

JACOB GALAROWIC, FBI SPECIAL AGENT
*Printed name and title*